**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: | ) | |
|     Adam Dold, IV, | ) | Case No. 25-40123 |
|         Debtor. | ) | |
| | ) | |

**RESPONSE TO TRUSTEE'S MOTION TO DENY CONFIRMATION**

COMES NOW, the Debtor, by and through their attorney, and for the response to the Trustee's Motion to Deny Confirmation states as follows:

1. Debtor states that the plan length issue is caused by the Tower Loan claim, to which Debtor will likely be objecting.
2. Debtor plans to resolve this issue by objecting to the Tower Loan claim, as Debtor does not believe he owns any of the property that has been listed as collateral.

WHEREFORE, Debtor requests this Court dismiss the Trustee's Motion to Deny Confirmation or in the alternative, Debtor requests that this matter be set for hearing.

Respectfully Submitted,

s/ Ryan B. Patton
Ryan B. Patton #57966
Patton & Dean, LLC
8643 Hauser Ct, Ste 235
Lenexa, KS 66215
Phone: (816) 470-9992
Fax:   (888) 720-1985
Attorney for the Debtor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the parties notified by the US Bankruptcy Court's electronic notification system, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, this 31st day of March, 2025.

s/ Ryan B. Patton
Ryan B. Patton #57966